[No. 38713-8-I.   Division One.   January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00070-8, Laura Inveen, J., entered May
13, 1996. *Affirmed* by unpublished per curiam opinion.

[Nos. 38976-1-I; 38978-5-I.   Division One.   January 26, 1998.]


THE STATE OF WASHINGTON, *Respondent*, v. JAMES
VERNON TAYLOR, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 95-1-07451-7, 95-1-07886-5, Ricardo S. Mar-
tinez, J., entered June 17, 1996. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Agid, *J.*, Becker,
J., dissenting.


[No. 39140-2-I.   Division One.   January 26, 1998.]

YUNG-JEN TSAI, *Respondent*, v. THE DEPARTMENT OF
LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-30844-9, Charles V. Johnson, J., entered
July 1, 1996. *Reversed* by unpublished per curiam opinion.


[No. 39153-4-I.   Division One.   January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
BENCIVENGA, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00054-2, Mary Kay Becker, J. Pro
Tem., entered July 3, 1996. *Reversed* by unpublished per
curiam opinion.